# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONNA JEAN WILSON

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AGRICULTURAL AND MECHANICAL
COLLEGE D/B/A LSU MEDICAL
SCHOOL OF NEW ORLEANS

NO.  2019 CW 1328

JAN 0 6 2020

---

In Re:   The Board of Supervisors of Louisiana State University
Agricultural and Mechanical College D/B/A LSU Medical
School of New Orleans, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 609,971.

---

BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.

**WRIT GRANTED.**  The trial court's September 12, 2019 ruling which denied the exception of lack of subject matter jurisdiction filed by defendant, the Board of Supervisors of Louisiana State University Agricultural and Mechanical College, is reversed.  The State of Louisiana has not waived its sovereign immunity from claims predicated upon Title I of the Americans with Disabilities Act.  See **Reed-Salsberry v. State Through the Department of Public Safety and Corrections**, 51,104 (La. App. 2d Cir. 2/15/17), 216 So.3d 226, writ denied, 2017-0494 (La. 5/26/17), 221 So.3d 81; **Holliday v. Board of Supervisors of LSU Agricultural and Mechanical College**, 2014-0585 (La. 10/15/14), 149 So.3d 227.  Moreover, we find no unequivocal waiver of sovereign immunity by defendant's actions herein or the adoption of similar policies and procedures. Accordingly, the exception of lack of subject matter jurisdiction is granted, and plaintiff's claims asserted under the Americans with Disabilities Act are dismissed.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.